# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136106

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v                                                SC: 136106
                                                 COA: 279979
                                                 Oakland CC: 05-205251-FH
COLLIN DENNARD PITTMAN,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

Clerk

d0721